UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-<u>00289-BR</u> |
| v. | INFORMATION |
| SABASTIAN DUBAR | 18 U.S.C. § 111(a)(1) |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**(Assault on a Federal Officer)**
**(18 U.S.C. § 111(a)(1))**

On or about July 30, 2020, in the District of Oregon, defendant **SABASTIAN DUBAR** did forcibly assault Adult Victim 1 (AV1), a person designated as a federal officer under 18 U.S.C. § 1114, while AV1 was engaged in, and on account of the performance of AV1's official duties;

In violation of Title 18, United States Code, Section 111(a)(1), a Class A misdemeanor.

Dated: July 30, 2020                    Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*/s Parakram Singh*
Parakram Singh, OSB #134871
Assistant United States Attorney

**Misdemeanor Information**                                                                 **Page 1**